AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

POWELL DUFFRYN TERMINALS, INC. ET AL

JUDGMENT IN A CIVIL CASE

v.

CALGON CARBON CORP. AND RAYONIER, INC.

CASE NUMBER: 497-80

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Order of this Court dated April 20, 1998, Defendant Calgon Carbon Corporation's motion for summary judgment be and is granted and defendant Rayonier, Inc.'s motion for summary judgment is granted. The Clerk is directed to close this case.

E. O. D.

4-20-98
DATE

INITIALS

| | |
|---|---|
| April 20, 1998 | Henry R. Crumley, Jr. |
| Date | Clerk |
| | *Faye B. Harris* |
| | (By) Deputy Clerk |

157