**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

Savannah Division

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
6:30 P.M.
June 10, 1999
M. Jawd(?)
Deputy Clerk

| | |
|---|---|
| Powell Duffryn Terminal, Inc. ) | |
| vs ) | CASE NUMBER  CV497-80 |
| Calgon Carbon Corp. ) | |

## ORDER

The Judgment of this Court in the above entitled action having been Affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This _10th_ day of _June_, _1999_

_____
SOUTHERN DISTRICT OF GEORGIA

183

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    4:97-cv-00080
Date Served:    June 11, 1999
Served By:      JGB

Attorneys Served:

D. Michael Conner, Esq.
Edwin D. Robb Jr., Esq.
Michele L. Davis, Esq.
David A. Sapp, Esq.
W. Rhett Tanner, Esq.
Jacqueline E. Kalk, Esq.
Michael J. McConnell, Esq.
G. Lee Garrett Jr., Esq.
Janine Cone Metcalf, Esq.
David C. Keating, Esq.
C. Michael Johnson, Esq.
Henry D. Fellows Jr., Esq.
Joseph A. Fischette, Esq.

X   Copy placed in Minutes

✓   Copy given to Judge

___ Copy given to Magistrate